IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN KIMBROUGH, | : | CIVIL NO. 3:CV-12-0831 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| JEFF BUTLER, WARDEN MONICA RECTENWALD, | : | |
| Respondents | : | |

FILED SCRANTON
OCT 2 2 2013
PER _____ DEPUTY CLERK

## ORDER

**AND NOW**, to wit, this 22nd day of October 2013, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the foregoing memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court